# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH KNAUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 11-1387 |
| | ) |
| MICHAEL J. ASTRUE, | )   Judge Cathy Bissoon |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Plaintiff's Motion (Doc. 15) for attorney's fees under the Equal Access to Justice Act ("EAJA") is hereby GRANTED. Plaintiff is awarded attorney fees under the EAJA in the amount of Three Thousand Sixty-Eight Dollars and Nine Cents ($3,068.09). Payment will be made directly to Plaintiff, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination that Plaintiff owes no qualifying, pre-existing debt(s) to the United States Government. The Commissioner shall make this determination within thirty (30) days from the date of this Court's Order. If such debt(s) exists, the awarded attorney's fees will be reduced to the extent necessary to satisfy such debt(s).

**IT IS SO ORDERED**.

s/ Cathy Bissoon
Cathy Bissoon
United States District Judge

January 28, 2013

cc (via ECF):

All counsel of record.